UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| -vs- : | No. 4: 20-CR-065 |
| : | |
| LORENZO SCOTT, : | (JUDGE BRANN) |
| Defendant : | |
| : | |

## NOTICE OF DECISION NOT TO SEEK THE DEATH PENALTY

NOW COMES the United States of America, by and through undersigned counsel, and hereby notifies the defendant Lorenzo Scott, defense counsel, and the Court that it will not seek the death penalty against Lorenzo Scott in the above-captioned matter.

                                                Respectfully submitted,

Date: June 25, 2021                /s/Robert J. O'Hara
                                                ROBERT J. O'HARA
                                                Assistant United States Attorney
                                                ID No. 47264
                                                P.O. Box 309
                                                Scranton, PA 18501-0309
                                                (570) 348-2800 (telephone)
                                                (570) 348-2830 (facsimile)
                                                robert.o'hara@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on June 25, 2021 she served a copy of the attached:

**NOTICE OF DECISION NOT TO SEEK THE DEATH PENALTY**

by ECF to the following:

James A. Swetz, Esquire
Thomas A. Thornton Esquire
Gerald Lord, esquire

Counsel for the defendant

Luann Manning
Supervisory Legal Assistant